UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
Nadia Shaikh, individually and on behalf of all others similarly situated;

                Plaintiff,

              -against-

N.A.R., Inc.

              Defendant(s).
-------------------------------------------------------------------------x

Case No: 1:20-cv-05418-DG-RER

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND N.A.R., INC. AND [PROPOSED] ORDER**

        **IT IS HERBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the action against Defendant N.A.R., Inc. only, shall be and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: June 7, 2021

                                                                **HOROWITZ LAW, PLLC**

                                                                */s/ Uri Horowitz*
                                                                Uri Horowitz
                                                                14441 70th Road
                                                                Flushing, NY 11367
                                                                Phone: (718) 705-8706
                                                                uri@horowitzlawpllc.com

                                                              *Attorney for Plaintiff Nadia Shaikh*

Dated: June 7, 2021

**WINSTON AND WINSTON P.C.**
<u>*/s/ Aleksander Powietrzynski (with consent)*</u>
Aleksander Piotr Powietrzynski, Esq.
155 E 44th Street, 5th Floor, Suite 142
New York, NY 10017
Telephone: 212-532-2700
Alex@winstonandwinston.com

*Counsel for N.A.R., Inc.*

SO ORDERED:

<u>*/s/Diane Gujarati*</u>

JUDGE, U.S. District Court
Eastern District of New York

Dated: Brooklyn, New York
       June 8, 2021